UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DAVID W. AIKEN, JR. AND MARILYN M. AIKEN                        PLAINTIFFS

V.                                                          CIVIL ACTION NO. 1:06cv741-LTS-RHW

RIMKUS CONSULTING GROUP, INC.,                                  DEFENDANTS
GARY L. BELL, JAMES W. JORDAN, AND
USAA CASUALTY INSURANCE COMPANY

## ORDER

This Court entered an [10] Order granting Plaintiffs leave to take the deposition of Defendant James W. Jordan in order to be able to respond to said Defendant's [6] Motion to Dismiss for Lack of Jurisdiction. The [10] Order also provided that Defendant's [6] motion will be treated as a motion for summary judgment, but was being held in abeyance pending the completion of Defendant Jordan's deposition.

The Court has been advised that Defendant Jordan's deposition has been taken. It is necessary to set a deadline for Plaintiffs to file a response to the pending motion to dismiss/motion for summary judgment.

Accordingly, **IT IS ORDERED**:

Plaintiffs shall file a response to Defendant James W. Jordan's [6] Motion to Dismiss, consistent with the Court's [10] Order, no later than November 24, 2006.

Defendant James W. Jordan shall file a reply with respect to said motion within 5 days of the filing of Plaintiffs' response.

**SO ORDERED** this the 2nd day of November, 2006.

s/ L. T. Senter, Jr.
L. T. Senter, Jr.
Senior Judge