UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION


DAVID W. AIKEN, JR. AND MARILYN M. AIKEN                                    PLAINTIFFS

V.                                                         CIVIL ACTION NO. 1:06cv741-LTS-RHW

RIMKUS CONSULTING GROUP, INC.;                                              DEFENDANTS
GARY L. BELL, INDIVIDUALLY;
JAMES W. JORDAN, INDIVIDUALLY; AND
USAA CASUALTY INSURANCE COMPANY

### ORDER

In accordance with a Memorandum Opinion filed contemporaneously herewith, **IT IS ORDERED**:

Defendant Gary L. Bell's [5] Motion to Dismiss for Lack of Jurisdiction under Fed. R. Civ. P. 12(b)(2) is **GRANTED**, and he is hereby **DISMISSED** from this cause of action;

Defendant James W. Jordan's [6] Motion to Dismiss for Lack of Jurisdiction under Fed. R. Civ. P. 12(b)(2) is **DENIED**;

To the extent Defendant James W. Jordan's [6] Motion to Dismiss for Lack of Jurisdiction is treated as a Motion for Summary Judgment under Fed. R. Civ. P. 56, it is **DENIED**;

Although not addressed in the Memorandum Opinion, Plaintiffs' [39] Motion to Permit the Filing of Defendant James W. Jordan's Deposition (and exhibits thereto) is **GRANTED**, but no additional filing is required or necessary because the deposition, with exhibits, is attached to the motion and , therefore, is already a part of the record.

**SO ORDERED** this the 13th day of December, 2006.

s/ *L. T. Senter, Jr.*
L. T. Senter, Jr.
Senior Judge