United States Court of Appeals
Fifth Circuit

# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

**F I L E D**
May 26, 2009

Charles R. Fulbruge III
Clerk

No. 08-60154

D.C. Docket No. 1:06-CV-741

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
JUN 22 2009
J.T. NOBLIN, CLERK
By_____ Deputy

DAVID W AIKEN, JR; MARILYN M AIKEN

    Plaintiffs - Appellants

v.

RIMKUS CONSULTING GROUP INC; JAMES W JORDAN, PE, SE Individually

    Defendants - Appellees

Appeal from the United States District Court for the
Southern District of Mississippi, Biloxi

Before JONES, Chief Judge, and STEWART and SOUTHWICK, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiffs-appellants pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: JUN 17 2009

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____
Deputy

New Orleans, Louisiana